## 18104. SNIDER *v.* THE STATE.

BLOODWORTH, J. 1. None of the grounds of the motion for a new trial show any reason why the case should be tried again.
2. There is ample evidence to support the verdict.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED JUNE 14, 1927.

Possessing intoxicating liquor; from city court of Sandersville— Judge Goodwin. March 15, 1927.

*J. C. Newsome,* for plaintiff in error.

*George C. Evans, solicitor,* contra.

---

Intoxicating Liquors, 33 C. J. p. 761, n. 53.